**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Aaron M. Steeg
Barrasso, Usdin, Kupperman
909 Poydras Street Suite 2350
New Orleans LA 70112

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 13, 2026 |

**REHEARING ACTION: May 13, 2026**

**Docket Number: 25   00536-CA**

**EDLEY HIXSON, JR., SUSAN HIXSON,**
**PINE ISLAND RANCH, LLC**
**VERSUS**
**PRIVILEGE UNDERWRITERS**
**RECIPROCAL EXCHANGE, ET AI.**

**Appealed from Beauregard Parish Case No. C-2021-0598**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Candyce G. Perret**
> **Hon. Gary J. Ortego**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Privilege Underwriters ReciprocalExchange** has this day been

> **DENIED.**

cc: Laurence D. Lesueur, Counsel for the Appellee
    Virginia P. Stewart, Counsel for the Appellee
    Daniel A. Kramer, Counsel for the Appellant